# EXHIBIT 1



US00D580478S

(12) **United States Design Patent**
Matsuda et al.

(10) Patent No.: **US D580,478 S**
(45) Date of Patent: ✱✱ **Nov. 11, 2008**

(54) **ELECTRONIC CALCULATOR**

(75) Inventors: **Makoto Matsuda**, Tokyo (JP); **Junichi Ono**, Higashikurume (JP)

(73) Assignee: **Casio Keisanki Kabushiki Kaisha**, Tokyo (JP)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/294,516**

(22) Filed: **Jan. 15, 2008**

(51) **LOC (8) Cl.** ................................................. **18-01**

(52) **U.S. Cl.** ...................................................... **D18/7**

(58) **Field of Classification Search** ............... D14/191, D14/218, 314–347, 383, 387, 388; D18/1, D18/2, 4.4, 4.5, 6–12, 12.1, 12.2, 12.3; D21/512; 235/58 R, 59 A, 59 BC, 59 BD, 59 BE, 59 BF, 235/59 BG, 59 BH, 59 CP, 59 T, 59 TP, 61 R; 708/100, 105, 130
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D307,032 S   ✱  4/1990  Sawada et al.   ................. D18/7

| | | | | |
|---|---|---|---|---|
| D501,499 S | ✱ | 2/2005 | Matsuda | ...................... D18/7 |
| 6,874,005 B2 | ✱ | 3/2005 | Fortenberry et al. | ......... 708/130 |
| D536,365 S | ✱ | 2/2007 | Ono et al. | ...................... D18/7 |
| D560,712 S | ✱ | 1/2008 | de Brebisson | .................. D18/7 |

✱ cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—Garth Rademaker
(74) *Attorney, Agent, or Firm*—Frishauf, Holtz, Goodman & Chick, P.C.

(57) **CLAIM**

The ornamental design for an electronic calculator, as shown.

**DESCRIPTION**

FIG. 1 is a front, right side, top perspective view of an electronic calculator showing our new design;

FIG. 2 is a front elevational view thereof;

FIG. 3 is a rear elevational view thereof;

FIG. 4 is a left side view thereof;

FIG. 5 is a right side view thereof;

FIG. 6 is a top plan view thereof; and,

FIG. 7 is a bottom plan view thereof.

**1 Claim, 6 Drawing Sheets**



FIG. 1





# FIG. 2

Case: 1:22-cv-01923 Document #: 1-1 Filed: 04/14/22 Page 5 of 8 PageID #:24



# FIG. 3



**FIG. 4**



**FIG. 5**



# FIG. 6



# FIG. 7