# EXHIBIT 2

Int. Cls.: 9, 14, 15 and 37

Prior U.S. Cls.: 2, 21, 23, 26, 27, 28, 36, 38, 50, 100, 103 and 106

Reg. No. 3,614,858

**United States Patent and Trademark Office**  Registered May 5, 2009

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# CASIO

CASIO KEISANKI KABUSHIKI KAISHA (JAPAN CORPORATION), DBA CASIO COMPUTER CO., LTD.
6-2, HON-MACHI 1-CHOME
SHIBUYA-KU, TOKYO, JAPAN

FOR: ELECTRONIC CALCULATORS; SCIENTIFIC ELECTRONIC CALCULATORS; SOFTWARE FOR SCIENTIFIC ELECTRONIC CALCULATORS; HAND HELD ELECTRONIC DICTIONARIES; DOWNLOADABLE ELECTRONIC DICTIONARIES; CASES FOR ELECTRONIC DICTIONARIES; MEMORY CARDS FOR ELECTRONIC DICTIONARIES; CD-ROMS FOR ELECTRONIC DICTIONARIES; PERSONAL DIGITAL ASSISTANTS; LABEL PRINTERS; TAPE CARTRIDGES FOR LABEL PRINTERS; DISK TITLE PRINTERS; CASH REGISTERS; CASH REGISTERS, INCLUDING POINT OF SALES TERMINALS AND SOFTWARE FOR POINT OF SALE SYSTEMS; HANDY TERMINALS, NAMELY, MOBILE DATA TERMINALS; DIGITAL CAMERAS; CASES FOR DIGITAL CAMERAS; CRADLES FOR DIGITAL CAMERAS; BATTERIES FOR DIGITAL CAMERAS; WATERPROOF CASES FOR DIGITAL CAMERAS; DUSTPROOF CASES FOR DIGITAL CAMERAS; PROJECTORS, NAMELY, MULTIMEDIA VIDEO PROJECTORS FOR TRANSMISSION OR REPRODUCTION OF IMAGES, SOUND AND DATA AND VISUAL PRESENTERS, NAMELY, APPARATUS FOR TRANSMISSION OR REPRODUCTION OF IMAGES AND SOUND; DOCUMENT CAMERAS; DATA TERMINALS FOR PROJECTORS; AC ADAPTERS; USB (UNIVERSAL SERIAL BUS) HARDWARE AND SOFTWARE; SCANNERS FOR POINT OF SALES SYSTEMS; COMPUTER PROGRAMS FOR DIGITAL CAMERAS; BATTERY CHARGERS FOR DIGITAL CAMERAS; CONNECTORS FOR PROJECTORS; ELECTRONIC CALCULATORS HAVING FUNCTIONS OF CLOCKS; MICROPHONES FOR ELECTRONIC MUSICAL INSTRUMENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1965; IN COMMERCE 0-0-1966.

FOR: WRIST WATCHES; ELECTRONIC WRIST WATCHES; CLOCKS; WRIST WATCHES AND CLOCKS HAVING PACEMAKER FUNCTIONS; ELECTRONIC WATCHES AND CLOCKS WITH SOLAR BATTERIES; ELECTRONIC WATCHES AND CLOCKS HAVING DATABANK FUNCTIONS; ELECTRONIC WATCHES AND CLOCKS HAVING FUNCTIONS OF ELECTRONIC CALCULATORS; STOP WATCHES; WRIST WATCHES AND CLOCKS HAVING LAP MEMORY FUNCTIONS; WRIST WATCHES AND CLOCKS HAVING A HEART RATE MONITOR; TIMERS FOR SOCCER; WRIST WATCHES AND CLOCKS HAVING A FUNCTION OF MEASURING THE DEPTH OF WATER; WRIST WATCHES AND CLOCKS HAVING A FUNCTION OF CALCULATING CALORIE CONSUMPTION; WRIST WATCHES AND CLOCKS HAVING PEDOMETER FUNCTIONS; WRIST WATCHES AND CLOCKS HAVING A MAP METER; WRIST WATCHES AND CLOCKS HAVING AN ALTIMETER; WRIST WATCHES AND CLOCKS HAVING A FUNCTION OF FORECASTING A TENDENCY OF WEATHER; WRIST WATCHES AND CLOCKS HAVING A FUNCTION OF INDICATING A MOON GRAPH; WRIST WATCHES AND CLOCKS HAVING A FUNCTION OF INDICATING THE AGE OF THE MOON; WRIST WATCHES AND CLOCKS HAVING A FUNCTION OF FISHING TIME; WRIST WATCHES AND CLOCKS HAVING A FUNCTION OF INDICATING THE SUNRISE AND SUNSET

TIMES; WRIST WATCHES AND CLOCKS HAVING A FUNCTION OF WEATHER FORECASTS; WRIST WATCHES AND CLOCKS HAVING A SPHYGMO- MANOMETER; WRIST WATCHES AND CLOCKS HAVING A THERMOMETER; WRIST WATCHES AND CLOCKS HAVING A COMPASS; WRIST WATCHES AND CLOCKS HAVING AN ACCEL- ERATION SENSOR; AUTONOMOUS RADIO CON- TROLLED WATCHES; WRIST WATCHES AND CLOCKS HAVING A TIDE GRAPH FUNCTION; WRIST WATCHES AND CLOCKS HAVING A GPS FUNCTION; WRIST WATCHES AND CLOCKS HAV- ING A HEART-RATE MONITORING FUNCTION, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1974; IN COMMERCE 0-0-1974.

FOR: ELECTRONIC MUSICAL KEYBOARD IN- STRUMENTS; STANDS FOR ELECTRONIC MUSI- CAL INSTRUMENTS; ELECTRONIC PIANOS; CASES FOR ELECTRONIC MUSICAL INSTRU- MENTS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 0-0-1980; IN COMMERCE 0-0-1980.

FOR: REPAIR AND MAINTENANCE OF CALCU- LATORS, ELECTRONIC DICTIONARIES, PERSO- NAL DIGITAL ASSISTANTS, PRINTERS, CASH REGISTERS, MOBILE DATA TERMINALS, DIGI- TAL CAMERAS, PROJECTORS, SCANNERS FOR POINT OF SALES SYSTEMS, WATCHES, CLOCKS, TIMERS, ELECTRONIC MUSICAL INSTRUMENTS, AND MICROPHONES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 0-0-1957; IN COMMERCE 0-0-1970.

OWNER OF U.S. REG. NOS. 2,952,141, 3,385,175 AND OTHERS.

SER. NO. 77-438,143, FILED 4-2-2008.

LEIGH CAROLINE CASE, EXAMINING ATTOR- NEY