# Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | Alistore98 |
| 2 | Ancient-pure-point |
| 3 | armmaboutique |
| 4 | FRISY |
| 5 | hehe12595an099 |
| 6 | Localexpress |
| 7 | lvxianming2219 |
| 8 | magicworld88 |
| 9 | nvcgfxldtkert |
| 10 | Ryanti |
| 11 | Sunny68 |
| 12 | sunrise0 |
| 13 | yangguangboy |
| 14 | Yangsuhang |
| 15 | 3C-Ninth World Store |
| 16 | BBAB 2 Life Store |
| 17 | Chunchun grocery Store |
| 18 | Enjoyment Learning Stationery Store |
| 19 | FL shumachanping Store |
| 20 | FXLUCKLY Shop Store |
| 21 | Jewelled Store |
| 22 | Mobccy Store |
| 23 | MR100 Store |
| 24 | Shop 912179817 Store |
| 25 | Shop910445227 Store |
| 26 | Shop911256083 Store |
| 27 | Shop911519242 Store |
| 28 | 24h Sale |
| 29 | axdada |
| 30 | cadiyan |
| 31 | ChangXiangYi |
| 32 | chenyi8899660 |
| 33 | Cmdedtis |
| 34 | Coswamig |
| 35 | DeRunda |
| 36 | dingkuomei |
| 37 | Drwlaiwut |
| 38 | FangYuane |
| 39 | feedd neek |
| 40 | Fhiamods |

# Schedule A

| 41 | Guangzhou Teamwin Trading Co.,Ltd |
|----|-----------------------------------|
| 42 | Harry |
| 43 | Honglipan |
| 44 | Jamie SYLY |
| 45 | Jusqintro |
| 46 | Kaiyunang |
| 47 | menmengsz |
| 48 | miskernaing |
| 49 | najidshvf |
| 50 | Naogosu |
| 51 | Robert Fred |
| 52 | sikayishop |
| 53 | SZYCstore |
| 54 | Tanmeii |
| 55 | tengxinshangmaoyouxiangongsi |
| 56 | umbrella too |
| 57 | Warnyue |
| 58 | Wexboziy |
| 59 | y lkajsdasda |
| 60 | YHDenise |
| 61 | yinsa best |
| 62 | zhaohequn3578 |
| 63 | zhouzhi724 |
| 64 | zhuobudong |
| 65 | Amzaozn |
| 66 | aohai store |
| 67 | Aufee |
| 68 | Berisad-US |
| 69 | Bewinner |
| 70 | Chiwecoui-US |
| 71 | CHTSLOVE |
| 72 | chunnian shop |
| 73 | Combort |
| 74 | Cxy, ca |
| 75 | cyhmeiguo |
| 76 | dingwanxiang |
| 77 | Dzstru-US |
| 78 | Fabaterin |
| 79 | fangcao shop |
| 80 | Folanda-US |
| 81 | gentingtrade store |

# Schedule A

| | |
|---|---|
| 82 | haohanhai4 |
| 83 | Hauoxin9 |
| 84 | hcbshop |
| 85 | hejinshiquanzeshangmaoyouxiangongsi |
| 86 | Hongzer |
| 87 | huhushop |
| 88 | HXR-HR |
| 89 | JAOCDOEN Mall |
| 90 | Jiawoaus-US |
| 91 | JIEJIEBOBO |
| 92 | JINJINTAITAI |
| 93 | JIQIANYING |
| 94 | Lairunzy-US |
| 95 | Lantro JS |
| 96 | laxlaxshop |
| 97 | Lefancy-Fashion |
| 98 | LGZLG |
| 99 | LILIMEIMEI |
| 100 | ling'ling'wu'jin'jiao'dian'men'shi'bu |
| 101 | lmqmeiguo |
| 102 | longfashop |
| 103 | LSYHG |
| 104 | MAIAIM |
| 105 | Maiwei Store |
| 106 | Mfunlandshop |
| 107 | mieasot-US |
| 108 | MIEDEON |
| 109 | MNNDXD |
| 110 | NYBH-01 |
| 111 | NZFERT |
| 112 | oumingmeiguo |
| 113 | oushengdongmeiguo |
| 114 | pingjianshop |
| 115 | Qionii |
| 116 | rongmvp |
| 117 | runcaishanghang |
| 118 | runpingrui |
| 119 | Salinre |
| 120 | Stupid little shop |
| 121 | taiyuanboyishengshimaoyiyouxiangongsi |
| 122 | To make a living |

# Schedule A

| | |
|---|---|
| 123 | UUOOP |
| 124 | VIMI STORE |
| 125 | wEEufO |
| 126 | wufengxiyeshanghang |
| 127 | WYQ-01 |
| 128 | xiangjiaquanshop |
| 129 | xiaodaojia |
| 130 | xinxingstore |
| 131 | xiongxiongzahuobaihuodian |
| 132 | xjbmeiguo |
| 133 | XLSM |
| 134 | Xu Ke Department Store |
| 135 | yachunus |
| 136 | yidemeiy |
| 137 | yilingquxiaoxitaxuejuanbaihuoshanghang |
| 138 | yingwangshop |
| 139 | YINGYINGBO |
| 140 | yinhuashop |
| 141 | YK-001 |
| 142 | youjia-us |
| 143 | youjinshan |
| 144 | yttriben |
| 145 | ZASEA |
| 146 | zengxiangeshop |
| 147 | Zheximys-US |
| 148 | ZHIHEE |
| 149 | 深圳市宏文科技有限公司 |
| 150 | AEVYVKV store Store |
| 151 | AEVYVKV Yuefu Boutique Store |
| 152 | AiYue-Tech Store |
| 153 | Ali 3C Accessories Store |
| 154 | BKHDNB Store |
| 155 | Black Techphone Store |
| 156 | BooYii YouPin Store |
| 157 | CE Exquisite Store |
| 158 | cidy Official Store |
| 159 | Close friends Store |
| 160 | duoduole Store |
| 161 | Encyclopedia Store |
| 162 | ERGHER Store |
| 163 | Exey Store |

# Schedule A

| | |
|---|---|
| 164 | Fu0012shop Store |
| 165 | FXSUM Official Store |
| 166 | HaoFeng Business Store |
| 167 | Honesty cooperation Store |
| 168 | Honghu Accessories Store |
| 169 | Hongyunda-Tech Store |
| 170 | Jianyi-Tech Store |
| 171 | Junnuo-Tech Store |
| 172 | Shenzhen Fuloophi Store |
| 173 | Shop2947061 Store |
| 174 | Shop5067084 Store |
| 175 | Shop910361364 Store |
| 176 | song223 Store |
| 177 | SunshineDigital Store |
| 178 | Topset Game Store |
| 179 | TurboTech PC Accessories Store |
| 180 | Visionary Digital Store |
| 181 | Worlds Stationery Store |
| 182 | Xiaomi-China Store |
| 183 | Xinbida stationery Store |

| No. | Defendants Online Marketplace |
|---|---|
| 1 | https://www.wish.com/merchant/572b601f3a698c7745de4585 |
| 2 | https://www.wish.com/merchant/571de4868ec7135953f2b862 |
| 3 | https://www.wish.com/merchant/5873a348a8174f4d4efaa45a |
| 4 | https://www.wish.com/merchant/5af46b5247ea635856ffed26 |
| 5 | https://www.wish.com/merchant/5a97e762c3911a1a9d6eb894 |
| 6 | https://www.wish.com/merchant/5d3aab004331154e9767fe5f |
| 7 | https://www.wish.com/merchant/5d569b4e27367835c26e0d2b |
| 8 | https://www.wish.com/merchant/572c62c62868cf592b364514 |
| 9 | https://www.wish.com/merchant/5fc207308293bf00423bd70b |
| 10 | https://www.wish.com/merchant/58787c0e7a5b4f4d4f361298 |
| 11 | https://www.wish.com/merchant/57297eac819bee596fa6fce9 |
| 12 | https://www.wish.com/merchant/572c55d04b66e25ee3652c73 |
| 13 | https://www.wish.com/merchant/571f15ede7cb20570f2fbe2e |
| 14 | https://www.wish.com/merchant/5fd1f585dc5fbba6ae4c3cce |
| 15 | https://www.aliexpress.com/store/912179423 |
| 16 | https://www.aliexpress.com/store/911190135 |
| 17 | https://www.aliexpress.com/store/912256085 |

# Schedule A

| 18 | https://www.aliexpress.com/store/2490065 |
|----|------|
| 19 | https://www.aliexpress.com/store/912189154 |
| 20 | https://www.aliexpress.com/store/912203059 |
| 21 | https://www.aliexpress.com/store/912181753 |
| 22 | https://wnb12.aliexpress.com/store/912250400 |
| 23 | https://www.aliexpress.com/store/911614611 |
| 24 | https://www.aliexpress.com/store/912181966 |
| 25 | https://www.aliexpress.com/store/910445227 |
| 26 | https://www.aliexpress.com/store/911256083 |
| 27 | https://www.aliexpress.com/store/911519242 |
| 28 | https://www.wish.com/merchant/5de3b368a0f202a73d00602d |
| 29 | https://www.wish.com/merchant/58de216fba2c16536d4e5262 |
| 30 | https://www.wish.com/merchant/5f6edf688035d2686718d37c |
| 31 | https://www.wish.com/merchant/5d79e2559e3dd2587b759296 |
| 32 | https://www.wish.com/merchant/5aacf982b9605f472101e0a8 |
| 33 | https://www.wish.com/merchant/5f83ee8128b7ce989ac954b1 |
| 34 | https://www.wish.com/merchant/5f8696c496e66e1c412d6394 |
| 35 | https://www.wish.com/merchant/5f87f72bb862313f5dc1cfea |
| 36 | https://www.wish.com/merchant/5f851b2a291f28e360a73492 |
| 37 | https://www.wish.com/merchant/5f850c7d954469bddf379136 |
| 38 | https://www.wish.com/merchant/5f6316a504b67e8faabab873 |
| 39 | https://www.wish.com/merchant/59296e6945f48c6b28aa5ccc |
| 40 | https://www.wish.com/merchant/5f83f16ac2f943003e5d20ee |
| 41 | https://www.wish.com/merchant/54898f4c223ebf1cd713fdc2 |
| 42 | https://www.wish.com/merchant/585a3bfee8f5584d54f6f897 |
| 43 | https://www.wish.com/merchant/5f8541767ff293bafa914e06 |
| 44 | https://www.wish.com/merchant/58b9220654473453de564d93 |
| 45 | https://www.wish.com/merchant/5f86b385028587a9abf58cc5 |
| 46 | https://www.wish.com/merchant/5b87b4b2fe2f26262711d6a7 |
| 47 | https://www.wish.com/merchant/5b0f919f0128751ef9df899f |
| 48 | https://www.wish.com/merchant/5f6ac1f8fb0a47bad76167e8 |
| 49 | https://www.wish.com/merchant/5f58c309f9aabe3eb2d8f440 |
| 50 | https://www.wish.com/merchant/5f85484c55e1c2377acbdb66 |
| 51 | https://www.wish.com/merchant/56fbf2024826f258d18d4e32 |
| 52 | https://www.wish.com/merchant/5b46f2a2e4b3fb23f0eaf3a0 |
| 53 | https://www.wish.com/merchant/5f6861f0026deef1374041d2 |
| 54 | https://www.wish.com/merchant/5f58791025184042df03d3fd |
| 55 | https://www.wish.com/merchant/55850c9c271a503f9cdcb72e |
| 56 | https://www.wish.com/merchant/58f47230b6222e11945a3ede |
| 57 | https://www.wish.com/merchant/5f59cc6daa971d13dade3279 |
| 58 | https://www.wish.com/merchant/5f5c3a003eb064fcc7599a20 |

# Schedule A

| | |
|---|---|
| 59 | https://www.wish.com/merchant/5eba5a7ae7db0a0cc4e05ef8 |
| 60 | https://www.wish.com/merchant/5d3fef7fe4b65d33c8e5ec3a |
| 61 | https://www.wish.com/merchant/54f939aacffbbb4800a130a0 |
| 62 | https://www.wish.com/merchant/6055a344a86d43663e7aaeca |
| 63 | https://www.wish.com/merchant/5bf67e8270c037718795cbed |
| 64 | https://www.wish.com/merchant/583651fccf99961bad921612 |
| 65 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A20XU4V8WS5UOE&sshmPath= |
| 66 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A14KNX6B3CSBJI&sshmPath= |
| 67 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2QRWZXAWD5WAE&sshmPath= |
| 68 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3X5UMY35BG6&sshmPath= |
| 69 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AET9B0FNKDKRC&sshmPath= |
| 70 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A10LN2X2GVDFZ7&sshmPath= |
| 71 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3651L3VRP7X4F&sshmPath= |
| 72 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AEGI2KX04DVH4&sshmPath= |
| 73 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A27A1KOY4CBQYN&sshmPath= |
| 74 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A12JYLW3RXYT5S&sshmPath= |
| 75 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3UMZWGTF3I8I9&sshmPath= |
| 76 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A25JFISFZUWG83&sshmPath= |
| 77 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=APQAZYXBV1NT7&sshmPath= |

# Schedule A

| | |
|---|---|
| 78 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A258KQI8NMYAXO&sshmPath= |
| 79 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A19JW5SQOF682R&sshmPath= |
| 80 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3ANPSAKKHEH2F&sshmPath= |
| 81 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2ESP6WJDAME1C&sshmPath= |
| 82 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ALUU1B7LI3LAT&sshmPath= |
| 83 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A117HFZGRFEA5Y&sshmPath= |
| 84 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3D7160VJBN8A9&sshmPath= |
| 85 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ARQIQIW6LF4IC&sshmPath= |
| 86 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3T6XPSPQF4I7O&sshmPath= |
| 87 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2S19KAYIQOOLR&sshmPath= |
| 88 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A103XBC645IP07&sshmPath= |
| 89 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3HVBFRN5Z9L9T&sshmPath= |
| 90 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2TA26DWMO1SPZ&sshmPath= |
| 91 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1F61SIU8XLN9X&sshmPath= |
| 92 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AIY7R7KJKIT9P&sshmPath= |

# Schedule A

| | |
|---|---|
| 93 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3QEDI9ZVSIM9V&sshmPath= |
| 94 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A11L8NFVNAJ4UH&sshmPath= |
| 95 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2267JBJEQU4E0&sshmPath= |
| 96 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1TBEFY0VVCF8F&sshmPath= |
| 97 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1CXSOSWD1IKKY&sshmPath= |
| 98 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3SXB3N6FDC1T3&sshmPath= |
| 99 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1NCVOFVAV6TGK&sshmPath= |
| 100 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3HKCVKVM7T34P&sshmPath= |
| 101 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=APM4VH6F1WXVZ&sshmPath= |
| 102 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1JFJE3JHH1TNL&sshmPath= |
| 103 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2WBAG7UH1Q7DE&sshmPath= |
| 104 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AL490CILGUWT&sshmPath= |
| 105 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AMSMMKW9C9ARN&sshmPath= |
| 106 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A13USXC2WMZJO8&sshmPath= |
| 107 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2G3NPDO16Q3S5&sshmPath= |

# Schedule A

| | |
|---|---|
| 108 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A11NN9YKWQA5RD&sshmPath= |
| 109 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1QG4EG8Q5X1XL&sshmPath= |
| 110 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2DZQLE8WVKNP&sshmPath= |
| 111 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AM9B0LGBT21KZ&sshmPath= |
| 112 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AV09PFKNKDXZQ&sshmPath= |
| 113 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1FN6359K3E58W&sshmPath= |
| 114 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AOCVI6K3UOD3Y&sshmPath= |
| 115 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AG27R3B7R2IW5&sshmPath= |
| 116 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1N51LNK25V4U&sshmPath= |
| 117 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2JPH97RKYSI2J&sshmPath= |
| 118 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A126RP3C6EA6MG&sshmPath= |
| 119 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1BYWPPD7RC3JY&sshmPath= |
| 120 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3HL1ARHJHEW42&sshmPath= |
| 121 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3NAAUY3AIESKG&sshmPath= |
| 122 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1BQBZP13X92ZH&sshmPath= |

# Schedule A

| | |
|---|---|
| 123 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A17E5NUD8GRMUB&sshmPath= |
| 124 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3MOR2G5YPFW0B&sshmPath= |
| 125 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AZ6I0W1R2DEF6&sshmPath= |
| 126 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2XBD73COH9FI1&sshmPath= |
| 127 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1JLZ5POPMT1IC&sshmPath= |
| 128 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ALEVKCV5D2BTN&sshmPath= |
| 129 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ANOT9VUJQJY0B&sshmPath= |
| 130 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1AC8ENXDZYJUJ&sshmPath= |
| 131 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1BF7F8WCU2W2W&sshmPath= |
| 132 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A55IPNBBSHHE5&sshmPath= |
| 133 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AXWHE7F0UY01B&sshmPath= |
| 134 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2FGR6SZ5L3ZC3&sshmPath= |
| 135 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A12RTCLQSSL9F2&sshmPath= |
| 136 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A16SX21ORTK3BC&sshmPath= |
| 137 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A36FI43D1KMLZ9&sshmPath= |

# Schedule A

| | |
|---|---|
| 138 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A21UMX9E8O3P7A&sshmPath= |
| 139 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2SZVUMU0B413H&sshmPath= |
| 140 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3AZZ18R6E78AP&sshmPath= |
| 141 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3D7KDIMRCHS9N&sshmPath= |
| 142 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AMDRHA2668J7X&sshmPath= |
| 143 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1RDG2044T6QAH&sshmPath= |
| 144 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AUE1PL8UA4ROW&sshmPath= |
| 145 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A8EO6FTW7C4ET&sshmPath= |
| 146 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2VRJ8H13J45SM&sshmPath= |
| 147 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2PX6WXE4TIOVK&sshmPath= |
| 148 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2J1G45G6UTXR9&sshmPath= |
| 149 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1ID6ZB7UNJJIK&sshmPath= |
| 150 | https://www.aliexpress.com/store/911739169 |
| 151 | https://aevyvkvyuefuboutique.aliexpress.com/store/911705079 |
| 152 | https://aiyue.aliexpress.com/store/4652063 |
| 153 | https://www.aliexpress.com/store/4990411 |
| 154 | https://www.aliexpress.com/store/912272040 |
| 155 | https://www.aliexpress.com/store/3218079 |
| 156 | https://www.aliexpress.com/store/5635011 |
| 157 | https://www.aliexpress.com/store/4872038 |
| 158 | https://szcidy.aliexpress.com/store/3097039 |

## Schedule A

| | |
|---|---|
| 159 | https://www.aliexpress.com/store/5383174 |
| 160 | https://www.aliexpress.com/store/912173177 |
| 161 | https://www.aliexpress.com/store/5563121 |
| 162 | https://ergher.aliexpress.com/store/912183282 |
| 163 | https://www.aliexpress.com/store/5715042 |
| 164 | https://www.aliexpress.com/store/911705503 |
| 165 | https://www.aliexpress.com/store/1775330 |
| 166 | https://www.aliexpress.com/store/5383152 |
| 167 | https://www.aliexpress.com/store/5156094 |
| 168 | https://honghu.aliexpress.com/store/1798211 |
| 169 | https://www.aliexpress.com/store/5206032 |
| 170 | https://www.aliexpress.com/store/5209028 |
| 171 | https://junnuo.aliexpress.com/store/5075075 |
| 172 | https://fuloophi.aliexpress.com/store/1774217 |
| 173 | https://www.aliexpress.com/store/2947061 |
| 174 | https://www.aliexpress.com/store/5067084 |
| 175 | https://www.aliexpress.com/store/910361364 |
| 176 | https://www.aliexpress.com/store/912246148 |
| 177 | https://www.aliexpress.com/store/2137248 |
| 178 | https://www.aliexpress.com/store/911928972 |
| 179 | https://eylink.aliexpress.com/store/1814298 |
| 180 | https://www.aliexpress.com/store/2343352 |
| 181 | https://acalculator.aliexpress.com/store/1428266 |
| 182 | https://www.aliexpress.com/store/911444171 |
| 183 | https://www.aliexpress.com/store/911935926 |